In the Matter of the Application of John A. Caulfield and Thomas Joseph Caulfield for the Removal of John Oscar Ball, as Testamentary Trustee of and under the Will of Mary Caulfield, Deceased, and In the Matter of the Application of Mary Watterson, as General Guardian of Annie M. Caulfield for the Same Relief.— Motion denied, without costs. Present— Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., for Union Street, etc.— Motions denied, without costs. Present— Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Probate of the Last Will and Testament of Sol Marks, Deceased. Jacob Marks and Others, Appellants; Lillian Marks, Respondent.— Motion to resettle order granted by adding the words "against the appellants" after the words "costs to the respondents." Present— Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Accounting of John C. Minturn and George Edward Jarmain, as Executors, etc., of Richard E. Jarmain, Deceased. Harriet Jarmain and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Application of Stanley D. Montgomery for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Application of Oscar J. Smith for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Philip Kempler, Plaintiff, v. Michael J. Saltser and Another, Defendants.— Motion for stay granted, conditioned upon the defendants filing within five days after the entry of the order a bond for $1,000 to secure any judgment that may be rendered against them. Present— Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

James B. Kilsheimer, Jr., Respondent, v. Louis Kendall and Others, Defendants. Caroline S. Stetler, Purchaser, Appellant.— Motion denied, with ten dollars costs. Present— Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.